Jonathan A. Stieglitz, Esq. (SBN 278028)
THE LAW OFFICES OF JONATHAN A. STIEGLITZ
11845 Olympic Blvd., Suite 800
Los Angeles, CA 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-6748

Attorney for Plaintiff
Beach District Surgery Center

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beach District Surgery Center<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United HealthCare Services, Inc. and DOES 1-10,<br><br>　　　　Defendant. | Case No.: 2:22-cv-01199-DSF-AGR<br><br>**JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO SET DEFENDANT'S RESPONSIVE PLEADING DEADLINE** |

## STIPULATION

WHEREAS, the Complaint in this action was filed on December 28, 2021 by Plaintiff Beach District Surgery Center ("Plaintiff") against Defendant United HealthCare Services, Inc. ("Defendant") in the Superior Court of California, County of Los Angeles;

WHEREAS, on February 22, 2022, Defendant removed this matter from state court to federal court on the basis of diversity and federal question jurisdiction;

WHEREAS, Plaintiff seeks to amend the complaint to address any inadequacies in the complaint and Defendant has agreed to allow Plaintiff to amend;

WHEREAS, a copy of Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit "A";

WHEREAS, Defendant has asked and Plaintiff has agreed to give Defendant an additional 21 days to provide a responsive pleading to the Complaint.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiff should be granted leave to file its First Amended Complaint, a copy of which is attached hereto as Exhibit "A".

2. Plaintiff's Exhibit "A" is hereby filed as Plaintiff's First Amended Complaint.

3. Defendant's deadline to respond will be 35 days from the date Plaintiff's First Amended Complaint is deemed filed by the Court.

| | | |
|---|---|---|
| DATED: | June 7, 2022 | LAW OFFICES OF JONATHAN A. STIEGLITZ |

By: /s/Jonathan A. Stieglitz
  Jonathan Stieglitz,
  Attorney for Plaintiff
  Beach District Surgery Center

| | | |
|---|---|---|
| DATED: | June 7, 2022 | CROWELL & MORING LLP |

By: /s/ Marlee Santos
  Marlee Santos
  Attorney for Defendant
  United HealthCare Services, Inc.

- 3 -

Joint Stipulation For Leave to File First Amended Complaint
and to Set Defendant's Responsive Pleading Deadline
Case No.: 2:22-cv-01199-DSF-AGR