JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BEACH DISTRICT SURGERY CENTER,

               Plaintiff,

v.

UNITED HEALTHCARE SERVICES, INC., and DOES 1-10,

               Defendants.

Case No.: 2:22-cv-01199

**ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [34]**

Based on the Stipulation of Defendants, UNITED HEALTHCARE SERVICES, INC., and Plaintiff, BEACH DISTRICT SURGERY CENTER,

It is **HEREBY ORDERED** as follows:

1.     The above-entitled action, Case No. 2:22-cv-01199-WLH-AGR, is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2.     Each party shall bear their own costs and fees.

3.     The trial and all pre-trial dates in this action are VACATED.

**IT IS SO ORDERED.**

Dated: August 22, 2023



_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE